KATHERINE SHELLHAMMER, ADMX., ETC., PLAINTIFF-PETITIONER, v. LEHIGH VALLEY RAILROAD COMPANY, DEFENDANT-RESPONDENT.

*Mr. Samuel M. Cole* and *Mr. Louis J. Greenberg* for the petitioner.

*Messrs. Emory, Langan and Lamb* and *Mr. Charles W. Broadhurst* for the respondent.

September 14, 1953.   Granted.

CAROL SMITH, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-RESPONDENT.

*Mr. George J. Kaplan* and *Mr. William Goldman* for the petitioners.

*Mr. Luke A. Kiernan, Jr.,* for the respondent.

September 14, 1953.   Denied.